IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMMY DAVID A.,

    **Plaintiff,**

vs.                                    CIV NO. 1:23-cv-01138-KRS

MARTIN O'MALLEY,
**Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's First Unopposed Motion for an Extension of Time (Doc. 16) to file a response to Plaintiff's Motion to Reverse and Remand for a Rehearing with Supporting Memorandum (Doc. 15), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until June 13, 2024, to file a response, and that the date by which Plaintiff may file a reply, if any, be extended by fourteen (14) days, after Defendant files his brief.

                                                */s/ Kevin Sweazea*
                                                HONORABLE KEVIN R. SWEAZEA
                                                United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
ANNALIES VAN DER VALK
Special Assistant United States Attorney

*Electronically approved*
LAURA JOELLEN JOHNSON
Attorney for Plaintiff