## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**SAMMY DAVID ARMIJO,**

     **Plaintiff,**

     **vs.**                                               **CIV NO. 1:23-cv-01138-KRS**

**MARTIN O'MALLEY,**
**Commissioner of Social Security,**

     **Defendant.**

### ORDER FOR EXTENSION

Upon consideration of Defendant's Second Unopposed Motion for an Extension of Time (Doc. 18) to file a response to Plaintiff's Motion to Reverse and Remand for a Rehearing with Supporting Memorandum (Doc. 15), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until July 15, 2024, to file a response, and that the date by which Plaintiff may file a reply, if any, be extended by fourteen (14) days, after Defendant files his brief.

_____
HONORABLE KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
ANNALIES VAN DER VALK
Special Assistant United States Attorney

*Electronically approved*
LAURA JOELLEN JOHNSON
Attorney for Plaintiff