IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMMY DAVID A.,

    Plaintiff,

vs.                                                    CIV No. 1:23-1138 KRS

MARTIN O'MALLEY, Commissioner
of the Social Security Administration,

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand to Agency in an Order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
HONORABLE KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE